IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FREDDIE IRVIN,                    )
                                  )
    Plaintiff,                )
                                  )
v.                                )     CV 604-095
                                  )
GERALD CASTON, et al.,            )
                                  )
    Defendants.               )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motions to dismiss for failure to state a claim are **GRANTED**, Defendants' motion to dismiss for failure to prosecute is **DENIED** as **MOOT**, and this cases is **DISMISSED**.

SO ORDERED this 18 day of July, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT

# United States District Court
## Southern District of Georgia

FREDDIE IRVIN
_____ )

vs ) CASE NUMBER CV604-095

GERALD CASTON, et al
_____ ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated July 18, 2005, which is part of the official record of this case.

Date of Mailing: July 18, 2005

Date of Certificate ☐ same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Freddie Irvin, ID #260606, Georgia State Prison, 2164 GA Highway 147, Reidsville, GA 30499
Andrew Marshall Magruder, Esq.
Jesse Weatherspoon Owen, Esq.

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate